DOA:
10/1/16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Guillermo Aaron Iribe-Almaral,<br>a.k.a.: Guillermo Aaron Iribe Almaral,<br>a.k.a.: Guillermo Aaron Iribealmaral,<br>(A 205 147 614)<br>*Defendant* | Case No. 16-7384MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 1, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Guillermo Iribe-Almaral, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 12, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin L. Barrette,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 3, 2016

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Kevin L. Barrette, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 1, 2014, Guillermo Aaron Iribe-Almaral was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on state charges. While incarcerated at the MCJ, Iribe-Almaral was interviewed by ICE Officer Spohn who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 1, 2016, Iribe-Almaral was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Iribe-Almaral was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Guillermo Aaron Iribe-Almaral to be a citizen of Mexico and a previously deported criminal alien. Iribe-Almaral was removed from

1

the United States to Mexico through Nogales, Arizona, on or about August 12, 2013, pursuant to an order of removal issued by an immigration judge. There is no record of Iribe-Almaral in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Iribe-Almaral's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Guillermo Aaron Iribe-Almaral was convicted of Attempt to Commit Sale or Transportation of Marijuana, a felony offense, on April 30, 2012, in the Superior Court of Arizona, Maricopa County. Iribe-Almaral was sentenced to three and one half (3.5) years' incarceration. Iribe-Almaral's criminal history was matched to him by electronic fingerprint comparison.

5. On October 1, 2016, Guillermo Aaron Iribe-Almaral was advised of his constitutional rights. Iribe-Almaral freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 1, 2014, Guillermo Aaron Iribe-Almaral, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 12, 2013, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Kevin L. Barrette,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 3rd day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge